**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 19-2038**

KEVIN C. BETSKOFF, On behalf of himself,

        Plaintiff - Appellant,

    v.

DIANE S. ROSENBERG & ASSOCIATES, LLC; DIANE S. ROSENBERG, Esquire,

        Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paul W. Grimm, District Judge.  (8:18-cv-02133-PWG)

Submitted:  March 10, 2020                    Decided:  March 12, 2020

Before NIEMEYER and AGEE, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kevin C. Betskoff, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin C. Betskoff, Sr., appeals the district court's order dismissing his civil action on the grounds of res judicata. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Betskoff v. Rosenberg & Assocs.*, No. 8:18-cv-02133-PWG (D. Md. Aug. 16, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*